IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**NOVACARE HOLDINGS, INC.,**   *

    **Plaintiff,**   *

v.   * CIVIL ACTION NO. WMN-00-1419

**PLEASANT LIVING CONVALESCENT CENTER, INC.**   *

    **Defendant**   *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### STIPULATION

The parties, by their counsel, hereby stipulate and agree that the time within which the defendant must answer or otherwise respond to the complaint in the captioned case be extended to June 23, 2000.

Date: June 7, 2000

_____       _____
William C. Sammons, Bar No. 02366       Timothy E. Dixon
Brian E. Messaris, Bar No. 12020       Eastwick, Rose & Wright
  Tydings & Rosenberg LLP       201 North Charles Street
  100 East Pratt Street, 26th Floor       Suite 2100
  Baltimore, Maryland 21202       Baltimore, Maryland 21201
  (410) 752-9700       (410) 685-6500

Attorneys for Plaintiff,       Attorney for Defendant,
NovaCare Holdings, Inc.       Pleasant Living Convalescent Center, Inc.

SO ORDERED this ___8th___ day of June 2000.

_____
William M. Nickerson
Judge, United States District Court
    for the District of Maryland

#207527