IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NOVACARE HOLDINGS, INC.,** | * | |
| **Plaintiff,** | * | |
| v. | * | CIVIL ACTION NO. WMN-00-1419 |
| **PLEASANT LIVING CONVALESCENT CENTER, INC.** | * * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF DISMISSAL**

The plaintiff, NovaCare Holdings, Inc., by counsel, pursuant F. R. Civ. P. 41(a)(1)(i), hereby dismisses the above-captioned action against the defendant, Pleasant Living Convalescent Center, Inc., without prejudice.

Date: June 22, 2000

William C. Sammons, Bar No. 02366
Brian E. Messaris, Bar No. 12020
  Tydings & Rosenberg LLP
  100 East Pratt Street, 26th Floor
  Baltimore, Maryland 21202
  (410) 752-9700

Attorneys for Plaintiff,
NovaCare Holdings, Inc.

Of Counsel:
Joy Harmon Sperling
Anne Baglivo Fitzpatrick
Pitney, Hardin, Kipp & Szuch LLP
Mail to: P.O. Box 1945, Morristown, NJ 07962-1945
Deliver to: 200 Campus Drive, Florham Park, NJ 07932-0950

SO ORDERED this 23rd day of June 2000.

William M. Nickerson
Judge, United States District Court
for the District of Maryland

#209855

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 22, 2000, a copy of the foregoing Notice of Dismissal was sent, by first-class mail, postage prepaid, to:

>Timothy E. Dixon, Esquire
>Eastwick, Rose & Wright
>201 North Charles Street
>Suite 2100
>Baltimore, Maryland 21201
>
>Attorney for Defendant,
>Pleasant Living Convalescent Center, Inc.

_____
William C. Sammons

#209855